IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM GLEN EDWARD HAWK, <br><br> Defendant. | 2:24-MJ-00040-KLD <br><br> ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the Information filed in this matter is dismissed without prejudice, and all future court dates are vacated.

Dated this 21st day of October, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1